**Dismissed and Opinion Filed August 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00970-CV

### ADAM G. ARREDONDO, M.D., Appellant
### V.
### TEXAS HEALTH VENTURE ENNIS, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03652**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By order dated January 13, 2016 granting appellant's unopposed third motion for an extension of time to file a brief, we directed appellant to file his brief by January 25, 2016. After appellant did not file his brief by that date, we notified appellant by postcard that the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

150970F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ADAM G. ARREDONDO, M.D., Appellant

No. 05-15-00970-CV      V.

TEXAS HEALTH VENTURE ENNIS,
LLC, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-03652.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee TEXAS HEALTH VENTURE ENNIS, LLC recover its costs of this appeal from appellant ADAM G. ARREDONDO, M.D..

Judgment entered August 15, 2016.